UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
        -against- : 21-CR-603 (VEC)
:
TERRENCE WILLIAMS, : <u>ORDER</u>
:
        Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the Government has orally informed Chambers that, due to system outages, it cannot yet file a written response to the Court's order dated July 17, 2024, but that it is expected that the Defendant will be transferred back to his designated facility in the near future;

    IT IS HEREBY ORDERED that counsel for Mr. Williams must provide an update on Mr. Williams's health condition by **Wednesday, July 31, 2024**, if Mr. Williams has not been returned to FCI Sheridan by that date.

**SO ORDERED.**

**Dated: July 19, 2024**
     **New York, NY**

                                            **VALERIE CAPRONI**
                                            **United States District Judge**